U.S.

v.

## Aaron W. LONG

### No. 17-0383/AR

U.S. Court of Appeals for
the Armed Forces.

August 8, 2017

CCA 20150337

### DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

## Benjamin C. TODD

### No. 17-0543/AF

U.S. Court of Appeals for
the Armed Forces.

August 9, 2017

CCA 38988

### DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

## Chad A. BLATNEY

### No. 17-0458/AF

U.S. Court of Appeals for
the Armed Forces.

August 10, 2017

CCA 2016-16

### DAILY JOURNAL

Orders Granting Petition for Review

On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE MILITARY JUDGE ABUSED HER DISCRETION BY SUPPRESSING EVIDENCE OBTAINED FROM APPELLANT'S CELLULAR PHONE, WHERE LAW ENFORCEMENT REQUESTED THAT APPELLANT ENTER HIS PASSWORD TWICE TO DECRYPT THE PHONE AND DISABLE SECURITY AFTER HE INVOKED HIS RIGHT TO COUNSEL.

Pursuant to Rule 19(a)(7)(A), no further pleadings will be filed.

U.S.

v.

## Sean M. OLIVER

### No. 17-0382/AF

U.S. Court of Appeals for
the Armed Forces.

August 10, 2017

CCA 38858

### DAILY JOURNAL

Interlocutory Orders

Appellant's motion for leave to file a supplement to the petition for grant of review

that complies with Rule 24(c) but does not comply with Rule 21(b) is granted.

U.S.

v.

Benjamin C. TODD

No. 17-0543/AF

U.S. Court of Appeals for the Armed Forces.

August 10, 2017

CCA 38988

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to August 29, 2017.

U.S.

v.

Justin M. GURCZYNSKI

No. 17-0139/AR

U.S. Court of Appeals for the Armed Forces.

August 10, 2017

CCA 20160402

DAILY JOURNAL

Mandates Issued

U.S.

v.

Austin J. MULL

No. 17-0544/AF

U.S. Court of Appeals for the Armed Forces.

August 11, 2017

CCA S32367

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Mark A. THOMPSON

No. 17-0545/MC

U.S. Court of Appeals for the Armed Forces.

August 11, 2017

CCA 201300425

DAILY JOURNAL

Petitions for Grant of Review Filed

